# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID KAUFFMAN, individually and on behalf of all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>LENDING FORCE MORTGAGE, LLC,<br><br>　　　　　Defendant. | CASE No: 3:22-cv-01945-AJB-JLB<br><br>ORDER GRANTING JOINT MOTION TO DISMISS ACTION WITHOUT PREJUDICE PURSUANT TO FED. R. CIV. P. 41(a)(2) |

1 | Based upon the Parties' Joint Motion to Dismiss, and good cause appearing, this Court hereby orders all of Plaintiff's claims against Defendant Lending Force Mortgage, LLC and the entire action dismissed without prejudice. Each party is to bear their own attorneys' fees and costs.

**IT IS SO ORDERED.**

Dated:  February 2, 2023

_____
Hon. Anthony J. Battaglia
United States District Judge